Christy J. White (DC Bar No. 974102)
100 F Street, NE, MS 5628
Washington, DC 20549
Telephone: 202-551-4502
Attorney for Plaintiff
United States Securities and Exchange Commission

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | Case No. 2:12-cv-00408-BCW ) ) |
| RKC CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company; RKC CAPITAL, LLC, a Utah Limited Liability Company; and RUSSELL K. CANNON, | ) ) ) ) ) |
| Defendants, | ) |

### SATISFACTION OF MONETARY PROVISIONS ONLY AS TO FINAL JUDGMENT AGAINST DEFENDANT RUSSELL K. CANNON

Plaintiff, United States Securities and Exchange Commission, hereby acknowledges payment on November 21, 2013, by Defendant Russell K. Cannon of the sum of $22,848.63, representing the payment of disgorgement plus accrued post-judgment interest, and on January 31, 2014, the sum of $75,000.00 representing the payment of penalties.  These payments are a satisfaction of the monetary provisions only of the Final Judgment entered by this Court on April 26, 2013.  All other provisions of and relief granted by the Final Judgment remain in effect.

This satisfaction does not affect any other Judgment entered against any other defendant in the above captioned matter.

Date: January 31, 2014               Respectfully submitted,

                                     /s/Christy J. White
                                     Christy J. White
                                     DC Bar No.: 974102
                                     United States Securities and Exchange Commission
                                     100 F Street, NE, MS 5628
                                     Washington, DC 20549
                                     (202) 551-4502 (Phone)
                                     Whitechr@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I caused a true and correct copy of Plaintiff Securities and Exchange Commission's Satisfaction of Monetary Provisions Only as to Final Judgment Against Defendant Russell K. Cannon to be served through the Court's Electronic Court Filing System (or CM/ECF System), which will automatically send an email notification of such filing to the parties of record.

Dated this 31st day of January, 2014.

                                By:    /s/Christy J. White
                                         Christy J. White
                                          DC Bar No.: 974102
                                          United States Securities and Exchange Commission
                                          100 F Street, NE, MS 5628
                                          Washington, DC 20549
                                          (202) 551-4502 (Phone)
                                          Whitechr@sec.gov