J. MICHAEL COOMBS, ESQ. (#3639)
MABEY & COOMBS, L.C.
3098 South Highland Drive, Suite 323
Salt Lake City, Utah 84106-6001
Direct Telephone: (801) 467-2779
Facsimile: (801) 467-3256
E-mail: jmcoombs@sisna.com

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RKC CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; RKC CAPITAL, LLC, a Utah limited liability company; and RUSSELL K. CANNON,<br><br>Defendants. | DEFENDANTS' WITHDRAWAL OF OBJECTION TO WRIT OF GARNISHMENT AND WITHDRAWAL OF MOTION TO QUASH WRIT OF GARNISHMENT<br><br>Case No.: 2:12-cv-00408-EJF<br><br>Magistrate Judge Evelyn J. Furse |

NOTICE IS HEREBY GIVEN on behalf of all Defendants in the above-matter, that as a result of the full payment of the penalties and disgorgement amounts to the Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), which in turn resulted in the Commission's recent filing of both a Satisfaction of [the Cash Portion of]

Judgment and a withdrawal or extinguishment of the Commission's outstanding Writ of Garnishment, the Defendants in this matter, by and through counsel, and in order to vacate a hearing scheduled for February 12, 2014 at 2:00 p.m. in this matter on the garnishment, hereby withdraw both their Objection to Writ of Garnishment and their Motion to Quash Writ of Garnishment.

In accordance with the foregoing, the Defendants respectfully ask that the Court strike the garnishment-related hearing from the calendar set on such date above and that it give NOTICE thereof to the parties accordingly.

DATED this 6th day of February, 2014.

Respectfully submitted,
MABEY & COOMBS, L.C.

_____s/_____
J. Michael Coombs
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned also hereby certifies that on this 6th day of February, 2014, (s)he served, electronically, via the court ECF system, those counsel of record in the court system, the foregoing **WITHDRAWAL OF OBJECTION TO WRIT OF GARNISHMENT AND WITHDRAWAL OF MOTION TO QUASH WRIT OF GARNISHMENT**, including this **CERTIFICATE OF SERVICE.**

s/ J. Michael Coombs
John Michael Coombs